UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY WILLIAMS, JR.,

    Plaintiff,

v.

UNKNOWN WAY, et al.,

    Defendants.
_____/

Case No. 1:22-cv-309

HON. JANE M. BECKERING

**MEMORANDUM OPINION AND ORDER**

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff moved for an Order of Personal Protection Against Defendant Corrections Officer Evan Way.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R), recommending that this Court deny the motion.  The matter is presently before the Court on Plaintiff's objection to the Report and Recommendation.  In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of the portion of the Report and Recommendation to which the objection has been made.  The Court denies the objection and issues this Memorandum Opinion and Order.

    Plaintiff's objection demonstrates his disagreement with the Magistrate Judge's conclusion but no factual or legal error by the Magistrate Judge.  Rather, this Court's review indicates that the Magistrate Judge applied the correct four-factor test for the relief Plaintiff seeks.  Moreover, the Court agrees that the factors, on balance, heavily weigh against granting Plaintiff's requested relief.  Accordingly:

**IT IS HEREBY ORDERED** that the stay of this proceeding that was entered to facilitate the mediation is LIFTED.

**IT IS FURTHER ORDERED** the Objection (ECF No. 18) is DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 16) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order of Personal Protection (ECF No. 14) is DENIED.

Dated:  February 24, 2023                             /s/ Jane M. Beckering
                                                      JANE M. BECKERING
                                                      United States District Judge